THE JOHN ALLAN COMPANY, Plaintiff-Appellant, *v.* LOUIS NEUENDORF, Defendant-Appellee.

(No. 72-21; )

Second District—May 25, 1973.

Opinion by Mr. PRESIDING JUSTICE THOMAS J. MORAN.

Allan L. Blair, of Chicago, for appellant.

No appearance for appellee.